## IN RE ALBERT M.

The petition by the respondent father for certification for appeal from the Appellate Court, 124 Conn. App. 561 (AC 31478), is denied.

KATZ and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Scott W. Sawyer*, in support of the petition.

*Benjamin Zivyon*, assistant attorney general, in opposition.

Decided December 8, 2010

## IN RE KATIA M.

The petition by the respondent father for certification for appeal from the Appellate Court, 124 Conn. App. 650 (AC 31672), is denied.

KATZ and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Elizabeth Knight Adams*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided December 8, 2010

## KAREN DIPIETRO ET AL. *v.* FARMINGTON SPORTS ARENA, LLC

The petition by the defendants Farmington Sports Arena, LLC, Dimensional Technology Group, LLC, and Paul DiTommaso, Jr., for certification for appeal from the Appellate Court, 123 Conn. App. 583 (AC 29175), is granted, limited to the following issues: